1  Gary A. Waldron, Esq. (Bar No. 99192)
   David I. Lipsky, Esq. (Bar No. 51009)
2  **WALDRON & BRAGG, LLP**
   23 Corporate Plaza Drive, Suite 200
3  Newport Beach, California 92660-7901
   Tel: (949) 760-0204; Fax: (949) 760-2507
4
                                                        JS - 6
   Attorneys for Plaintiff Ross S. Kaplan, M.D.
5
   Michelle R. Bernard, Esq. (Bar No. 144582)
6  George P. Soares, Esq. (Bar No. 213996)
   **GORDON & REES LLP**
7  101 West Broadway, Suite 2000
   San Diego, California 92101
8  Tel: (619) 696-6700; Fax: (619) 696-7124

9  Attorneys for Defendant Beazley Insurance Company, Inc.
   Erroneously sued as The Beazley Insurance Company, Inc.
10

11                  UNITED STATES DISTRICT COURT

12                  CENTRAL DISTRICT OF CALIFORNIA

13 ROSS S. KAPLAN, M.D.,           )   CASE NO. CV 10-08289 DDP (RZx)
                                   )
14              Plaintiff,         )
                                   )
15       v.                        )
                                   )   **ORDER RE STIPULATION FOR**
16                                 )   **VOLUNTARY DISMISSAL WITH**
   THE BEAZLEY INSURANCE           )   **PREJUDICE**
17 COMPANY, INC.                   )
                Defendants.        )
18                                 )
                                   )
19 _____  )

20

21      Based on the Stipulation for Voluntary Dismissal with Prejudice filed by the parties

22 and good cause appearing, the Court hereby orders the above-captioned action dismissed

23 with prejudice. In addition, the SCHEDULING CONFERENCE set for May 2, 2011 is

24 VACATED.

25

26 Dated: March 31, 2011

27                                     Honorable DEAN D. PREGERSON,
                                       UNITED STATES DISTRICT JUDGE
28

Page -1-                                           C:\Temp\notesFFF692\Prop.Ord re VD.wpd
[PROPOSED] ORDER RE STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE